IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00806-WYD-MJW

PATRICK WOOD,

    Plaintiff,

v.

KEVIN MILYARD, Assistant/Associate Warden,
REBECCA RODENBECK, Administrative Head,
LT. THOMAS BENEZE, Intelligence Officer,
LT. KEN TOPLISS, Hearing Officer,
OLATHE MURPHY, Case Manager,
RANDY FOSHEE, Associate Warden,
MAJOR LINDA MAIFELD, Administrative Head or Designee,
MAJOR TERRY BARTRUFF, Administrative Manager,
LIEUTENANT ROBERT FAZZINO, Disciplinary Officer or Shift Commander, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2009

GREGORY C. LANGHAM
CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on its own motion. After careful review and consideration, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: May 19, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00806-WYD-MJW

Patrick Wood
Prisoner No. 56182
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard, Rebecca Rodenbeck, Lt. Thomas Beneze,
Lt. Ken Topliss, Olathe Murphy, Randy Foshee,
Major Linda Maifeld, Major Terry Bartruff,
Lt. Robert Fazzino, and Colorado Department of Corrections – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Kevin Milyard, Rebecca Rodenbeck, Lt. Thomas Beneze, Lt. Ken Topliss, Olathe Murphy, Randy Foshee, Major Linda Maifeld, Major Terry Bartruff, Lt. Robert Fazzino, and Colorado Department of Corrections: COMPLAINT FILED 4/08/09, ORDER FILED 5/15/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/19/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk